IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA STEWART,<br>    Plaintiff, | )<br>)<br>) |
| vs | ) Civil Action No. 09-725<br>) |
| NEW CASTLE SCHOOL DISTRICT,<br>    Defendant. | )<br>)<br>) |

O R D E R

AND NOW, this 18th day of May, 2010, after the plaintiff filed a third amended complaint in the above-captioned case, and after the defendant moved to dismiss the third amended complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were directed to file written objections within the time specified in the Notice of Electronic Filing, which was April 30, 2010, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion to dismiss the third amended complaint (Document No.23) is denied.

_____
United States District Judge