IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSHUA STEWART,                    )
          Plaintiff,               )
                                   )
     vs                            )  Civil Action No. 09-725
                                   )
NEW CASTLE SCHOOL DISTRICT,        )
          Defendant.               )


O R D E R

AND NOW, this 4ᵗʰ day of Apr. , 2011, after the defendant filed a motion for

summary judgment in the above-captioned case, and after the matter was fully briefed by the

parties, and after a Report and Recommendation was issued by the United States Magistrate

Judge, and the parties were directed to file written objections within fourteen days after receiving

a copy, which was March 7, 2011, and no objections having been filed, and after independent

review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is

adopted as the opinion of this Court,

     IT IS ORDERED that the defendant's motion for summary judgment (Document No. 42)

is granted.

Gurett F. Ambrose
United States District Judge